UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 0:19-cv-60452-KMW

STEPHEN L. CHORBA, individually and
on behalf of others similarly situated,

    Plaintiffs,

v.

NORTHERN LEASING SYSTEMS, INC.,
a New York corporation,

    Defendant.

_____/

## NOTICE OF FILING RECORDS FROM UNDERLYING STATE COURT CASE

Defendant Northern Leasing Systems, Inc. ("Defendant"), by counsel, and pursuant to the Court's February 27, 2019 Order of Referral and Notice of Court Practice in Removal Cases [Dkt. 9], files this Notice of Filing Records from Underlying State Court Case as follows:

The following is an index of all documents that were previously filed in the underlying State court case. Copies of these documents are filed as separate attachments to this Notice.

| Date of Filing | Description of Filing |
| --- | --- |
| 1/15/19 | Complaint |
| 1/15/19 | Civil Cover Sheet |
| 1/16/19 | eSummons Issuance |
| 1/30/19 | Summons Returned Served |
| 2/14/19 | Motion for Default and Default |

1

| | |
|---|---|
| 2/20/19 | Notice of Filing/Notice of Removal to Federal Court |
| 2/20/19 | Exhibits to Notice of Filing/Notice of Removal to Federal Court |
| 2/27/19 | Joint Stipulation to and Consent to Entry of Agreed Order Vacating Clerk's Default |
| 3/5/19 | Agreed Order Vacating Clerk's Default |

Date: March 7, 2019

/s/ Daniel P. Dietrich
Daniel P. Dietrich
Florida Bar No. 0934461
**Gunster, Yoakley & Stewart, P.A.**
401 E. Jackson Street, Suite 2500
Tampa, Florida 33602
Telephone: (813) 228-9080
Facsimile:  (813) 228-6739
Email – ddietrich@gunster.com
       Secondary Email- ggiarratana@gunster.com
       Secondary Email- adavis@gunster.com

Scott E. Silberfein *(admitted pro hac vice)*
**Moses & Singer LLP**
The Chrysler Building
405 Lexington Avenue
New York, New York 10174-1299
Telephone: (212) 554-7845
Facsimile: (917) 206-4343
Email - SSilberfein@mosessinger.com

**Attorneys for Defendant**

## CERTIFICATE OF SERVICE

I certify that on March 7, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the parties of record.

/s/ Daniel P. Dietrich
Daniel P. Dietrich, Esq.

2

WPB_ACTIVE 9264329.1