UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEPHEN L. CHORBA, individually and on behalf of others similarly situated,

                         Plaintiff,

-against-

NORTHERN LEASING SYSTEMS, INC.,

                         Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/30/2020

1:19-cv-08731 (MKV)

ORDER STAYING CASE

MARY KAY VYSKOCIL, United States District Judge:

      On June 8, 2020, the Supreme Court of the State of New York entered an order dissolving the Defendant corporation and granting other relief. *See* ECF No. 80. That decision is on appeal to the First Department of the New York Supreme Court, Appellate Division. In response, the Court asked the Parties whether a stay of this action was appropriate in light of the state court case. *See* ECF No. 81. The Parties filed a joint letter addressing the Court's concerns but disagreed about whether to stay this action. *See* ECF No. 82. In the Court's view, the state court action will have a substantial effect on the resolution of this case, including the relief Plaintiff seeks and the arguments made in support of and opposition to the pending motion to dismiss.

      Accordingly, this case is STAYED pending the conclusion of appeals of the state court order. The Parties must submit a joint letter to the Court by ECF every 60 days beginning on February 1, 2021 regarding the status of the state court litigation. This stay does not prevent the Parties from continuing to engage in settlement discussions. In the event the state court appeals are finalized, and final judgement is entered, the Parties must inform the Court within three days.

The Clerk of Court respectfully is requested to terminate all deadlines in this action, close all pending motions, and stay this action pending further order of the Court.

**SO ORDERED.**

Date:  November 30, 2020  
      New York, NY

*Mary Kay Vyskocil*
MARY KAY VYSKOCIL
United States District Judge