```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/19/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEPHEN L. CHORBA, individually and on behalf of others similarly situated,

                Plaintiff,

-against-

NORTHERN LEASING SYSTEMS, INC.,

                Defendant.

1:19-cv-08731 (MKV)

ORDER

MARY KAY VYSKOCIL, United States District Judge:

On November 30, 2020, the Court stayed this matter pending the conclusion of appeals of the state court order. [ECF No. 83]. In its Order staying this case, the Court directed the Parties to file a joint status letter every sixty days beginning February 1, 2021 regarding the status of the state court litigation. *Id.* The Parties last filed a joint status report on February 1, 2022. [ECF No. 90]. The Parties did not file a status report as required on April 1, 2022. To date, the Parties have not filed a subsequent status report.

Accordingly, IT IS HEREBY ORDERED that the Parties are to file a joint status letter on June 1, 2022. The Parties shall file a subsequent status report every sixty days thereafter. In the event the state court appeals are finalized, and final judgement is entered, the Parties must inform the Court within three days. **Counsel and the parties themselves are on notice that failure to comply with the Court's orders and Rules may result in sanctions, including monetary sanctions, preclusion of claims, defenses, and evidence, and dismissal of this action with prejudice for failure to prosecute.**

SO ORDERED.

Date:  May 19, 2022
       New York, NY

**MARY KAY VYSKOCIL**
United States District Judge