```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/14/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEPHEN L. CHORBA, individually and on behalf of others similarly situated,

                Plaintiff,

-against-

NORTHERN LEASING SYSTEMS, INC.,

                Defendant.

1:19-cv-08731 (MKV)

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

On November 30, 2020, the Court stayed this matter pending the conclusion of appeals of the state court order. [ECF No. 83]. In its Order staying this case, the Court directed the Parties to file a joint status letter every sixty days beginning February 1, 2021 regarding the status of the state court litigation. *Id.* The Parties last filed a joint status report on February 10, 2025. [ECF No. 111]. The Parties did not file a status report as required on April 11, 2025. As of the date of this Order, the Parties have not filed a subsequent status report.

Accordingly, IT IS HEREBY ORDERED that the Parties are to file a joint status letter on or before April 21, 2025. The Parties shall file a subsequent status report every sixty days thereafter. In the event the state court appeals are finalized, and final judgement is entered, the Parties must inform the Court within three days. **Continued failure to comply with the Court's orders and Rules may result in sanctions, against the parties and/or counsel, including monetary sanctions, preclusion of claims, defenses, and evidence, and dismissal of this action with prejudice for failure to prosecute.**

SO ORDERED.

Date: April 14, 2025
      New York, NY

                             **MARY KAY VYSKOCIL**
                             United States District Judge