USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/17/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEPHEN L. CHORBA, individually and on behalf of others similarly situated,

       Plaintiff,

-against-

NORTHERN LEASING SYSTEMS, INC.,

       Defendant.

1:19-cv-08731 (MKV)

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

 On November 30, 2020, the Court stayed this matter pending the conclusion of appeals of the state court order. [ECF No. 83]. In its Order staying this case, the Court directed the Parties to file a joint status letter every sixty days beginning February 1, 2021 regarding the status of the state court litigation. *Id.* The Parties last filed a joint status report on April 16, 2025. [ECF No. 113]. The Parties did not file a status report as required on June 16, 2025. As of the date of this Order, the Parties have not filed a subsequent status report.

 Accordingly, IT IS HEREBY ORDERED that the Parties are to file a joint status letter on or before June 23, 2025. **The Parties shall file a subsequent status report every sixty days thereafter**. In the event the state court appeals are finalized, and final judgement is entered, the Parties must inform the Court within three days. **Continued failure to comply with the Court's orders and Rules may result in sanctions, against the parties and/or counsel, including monetary sanctions, preclusion of claims, defenses, and evidence, and dismissal of this action with prejudice for failure to prosecute.**

**SO ORDERED.**

**Date: June 17, 2025**
   **New York, NY**

            _____
            **MARY KAY VYSKOCIL**
            **United States District Judge**