USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/2/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEPHEN L. CHORBA, individually and on behalf of others similarly situated,

Plaintiff,

-against-

NORTHERN LEASING SYSTEMS, INC.,

Defendant.

1:19-cv-08731 (MKV)

**ORDER LIFTING STAY**

MARY KAY VYSKOCIL, United States District Judge:

On November 30, 2020, the Court stayed this matter because the Defendant was subject to an order of dissolution in New York state court (the "Dissolution Order"). [ECF No. 83] (the "Stay Order"). The Stay Order was to be effective pending appellate exhaustion of the Dissolution Order. *Id.* The Court directed the Parties to file a joint status letter every sixty days regarding the status of the state court litigation. *Id.*

In their most recent filing, the Parties indicate that they have stipulated to the voluntary dismissal, with prejudice, of this matter. [ECF No. 122] (the "Stipulated Dismissal"). Accordingly, the Court is hereby lifting the stay of this matter, and will separately endorse the Stipulated Dismissal.

**SO ORDERED.**

**Date: March 2, 2026**
     **New York, NY**

**MARY KAY VYSKOCIL**
**United States District Judge**